June 05, 2009

Mr. Charles R. Watson Jr.
Locke Lord Bissell & Liddell LLP
100 Congress Ave., Suite 300
Austin, TX 78701-4042

Mr. Darrin M. Walker
Law Office of Darrin Walker
2054 Parkdale Drive
Kingwood, TX 77339
Mr. Mike A. Hatchell
Locke Lord Bissell & Liddell, LLP
100 Congress Avenue, Suite 300
Austin, TX 78701-4042

RE: Case Number: 06-0372
 Court of Appeals Number: 13-03-00427-CV
 Trial Court Number: C-393-02-B

Style: COLUMBIA RIO GRANDE HEALTHCARE, L.P. D/B/A RIO GRANDE REGIONAL
 HOSPITAL
 v.
 ALICE H. HAWLEY AND JAMES A. HAWLEY

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinion and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Cathy |
| |Wilborn |
| |Mr. Omar |
| |Guerrero |
| |Ms. Linda C. |
| |Breck |